# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 189 WAL 2016

           Respondent            :

                             :   Petition for Allowance of Appeal from
                             :   the Order of the Superior Court
           v.                     :

THOMAS C. ZELLER,                :

           Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.